IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SAMPSON YAZZIE,

      Plaintiff,

    vs.                               CIV. NO. 14-0876 SCY

CAROLYN W. COLVIN,
**Acting Commissioner of**
**Social Security,**

      Defendant.

## ORDER

Before the Court is Defendant's Motion for Remand to the Commissioner for further administrative proceedings before an Administrative Law Judge. Upon examination of the merits, it is hereby ORDERED, ADJUDGED, AND DECREED that this case is reversed and remanded to the Defendant for further administrative action pursuant to sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g). *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

Upon remand, the ALJ will conduct a new hearing and issue a de novo decision on an updated administrative record.

**IT IS SO ORDERED.**


                                                        /s/ Steven C. Yarbrough
                                                        **Steven C. Yarbrough**
                                                        United States Magistrate Judge


SUBMITTED AND APPROVED BY:

*Electronically submitted 9/21/15*
MANUEL LUCERO
Assistant United States Attorney
Attorney for Defendant

*Electronically approved 9/21/15*
FRANCESCA MACDOWELL
Attorneys for Plaintiff